```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO
```

IN THE MATTER OF:

CODE OF PRETRIAL CONDUCT;
CODE OF TRIAL CONDUCT.

Misc. No. 07-186 (JAF)

## STANDING ORDER

On September 14, 2006, the Chief Judge of this Court entered a Standing Order adopting The American College of Trial Lawyers' Code of Pretrial and Trial Conduct. See http://www.prd.uscourts.gov/USDCPR/a_so_fustelist.htm.

Effective today, all Judicial Officers also adopt these Codes for Pretrial and Trial Conduct. This Standing Order by all Judicial Officers in this District shall be notified to the Bar and posted on the Court's website.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 24th day of August, 2007.

JOSE ANTONIO FUSTE
Chief U. S. District Judge

CARMEN CONSUELO CEREZO
U. S. District Judge

DANIEL R. DOMINGUEZ
U. S. District Judge

JAY A. GARCIA-GREGORY
U. S. District Judge

Misc. No.            (JAF)                                                    -2-

1   *[signature]*                              *[signature]*
2   AIDA M. DELGADO-COLON                      GUSTAVO A. GELPI
    U. S. District Judge                       U. S. District Judge

3   *[signature]*                              *[signature]*
4   FRANCISCO A. BESOSA                        JUAN M. PEREZ-GIMENEZ
    U.S. District Judge                        Senior U. S. District Judge

5   *[signature]*                              *[signature]*
6   JAIME PIERAS, JR.                          RAYMOND L. ACOSTA
    Senior U.S. District Judge                 Senior U.S. District Judge

7   *[signature]*                              *[signature]*
8   SALVADOR E. CASELLAS                       JUSTO ARENAS
    Senior U.S. District Judge                 U.S. Magistrate Judge

9   *[signature]*                              *[signature]*
10  CAMILLE VELEZ-RIVE                         BRUCE J. McGIVERIN
    U.S. Magistrate Judge                      U.S. Magistrate Judge

11  *[signature]*
12  MARCOS E. LOPEZ
    U.S. Magistrate Judge